IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **HELAYAS LOGISTICS LLC,**<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:20-cv-00210 |
| **GREAT LAKES INSURANCE SE**<br>    Defendant. | §<br>§<br>§ | |

## ORDER OF DISMISSAL

Came on to be considered this day the *Joint Stipulation of Dismissal with Prejudice* ("Stipulation of Dismissal") filed in this cause by Plaintiff Helayas Logistics LLC ("Plaintiff") and Defendant Great Lakes Insurance SE ("Defendant"). After considering said Stipulation of Dismissal and the agreement of the parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendant are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby denied, and the Clerk is directed to close this civil action.

   **IT IS SO ORDERED.**

    SIGNED this 22nd day of December, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE